UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

IN RE:

HERIBERTO RODRIGUEZ, JR. and : Chapter 13
MICHELLE K. RODRIGUEZ :

    Debtors  :  Case No. 14-11529-WHD

NOTICE OF REQUIREMENT OF RESPONSE TO
DEBTORS' POST-CONFIRMATION MODIFICATION OF
CHAPTER 13 PLAN TO REDUCE BASE AND TO FORGIVE ANY
DELINQUENCY IN THE BASE AMOUNT;
AND REQUEST FOR ITS APPROVAL;
OF DEADLINE FOR FILING RESPONSE; and OF HEARING

    **NOTICE IS HEREBY GIVEN** that on April 9, 2015 Debtor **DEBTORS' POST-CONFIRMATION MODIFICATION OF CHAPTER 13 PLAN TO REDUCE BASE AND TO FORGIVE ANY DELINQUENCY IN THE BASE AMOUNT, AND REQUEST FOR ITS APPROVAL** seeking approval of a plan modification, said plan modification is attached hereto.  If you object, then **on or before May 5, 2015** you (or your attorney, if you have one) MUST:

    1.    **File** with the court a written response/objection, explaining specifically why the plan modification should not granted, by mailing or delivering it to the following address:

    **PLACE OF FILING:**    Clerk of Court, United States Bankruptcy Court
    18 Greenville Street
    PO Box 2328
    Newnan, Georgia 30264

or by filing electronically online at **http://ecf.ganb.uscourts.gov** (registered users) or at **http://pacer.psc.uscourts.gov** (non-registered users).  Responses filed electronically may be filed up to 11:59:59 PM on the deadline.

If you mail your response to the Clerk for filing, you must mail it early enough so that the Clerk will actually receive it on or before the date stated above.

    2.    **Mail** or **deliver** a copy of your written response to the Debtor's attorney at the address stated below.  You must attach a Certificate of Service to your written response stating when, how, and on whom (including addresses) you served the response.

    3.    **Advocate** your position at the hearing to be held at 2nd Floor Courtroom, Lewis R. Morgan Federal Building, 18 Greenville Street, Newnan, Georgia **at 9:25 AM on May 28, 2015.**

    If you or your attorney fail to object as set forth above, Debtor's plan modification will be granted.

Dated: April 9, 2015
_____/s/_____
Alex J. Dolhancyk, Esquire

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| HERIBERTO RODRIGUEZ, JR. and | : | Chapter 13 |
| MICHELLE K. RODRIGUEZ | : | |
| | : | |
| Debtors | : | Case No. 14-11529-WHD |
| | : | |

### DEBTORS' POST-CONFIRMATION MODIFICATION OF
### CHAPTER 13 PLAN AND REQUEST FOR ITS APPROVAL

Debtors propose to modify the confirmed Chapter plan in this case as set forth below and request that this modification be approved.

### MODIFICATION OF PLAN

Debtors modify the Chapter 13 plan previously confirmed by the Court as follows:

**Due to a period of unemployment, Debtors propose that the base amount payable to creditors be reduced or forgiven in order to comply with the 60 month Applicable Commitment Period as defined in Debtors' confirmed plan.**

All other provisions of Debtor's plan shall remain the same.

Dated:  April 9, 2015

_____/s/_____
Heriberto Rodriguez, Debtor

_____/s/_____
Michelle Rodriguez, Debtor

_____/s/_____
Alex J. Dolhancyk, Esquire
The Dolhancyk Law Firm, P.C.
522 Flint Trail, Suite B
Jonesboro, GA 30236-1316
Telephone: 678.619.1728
E-mail:   dolhancyklaw@gmail.com