**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

**Newnan Division**

In Re: Debtor(s)
**Heriberto Rodriguez Jr.**
109 Gelding Garth
Peachtree City, GA 30269–1828

xxx–xx–0678

**Michelle Kibodeaux Rodriguez**
109 Gelding Garth
Peachtree City, GA 30269–1828

xxx–xx–9934

Case No.: **14–11529–whd**
Chapter: **13**
Judge: **W. Homer Drake**

# ORDER APPROVING MODIFICATION OF PLAN

A modification to the confirmed Chapter 13 plan in this case having been proposed and no objection to that modification having been made, it is

ORDERED that the modification is APPROVED.

The Clerk is directed to serve a copy of this Order on Debtor, Debtor's counsel (if any), the Chapter 13 Trustee and all creditors and other parties in interest.

Dated:  July 31, 2015

_____
W. Homer Drake
United States Bankruptcy Judge

Form 133a